No. 93–9343. BRYAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9346. NASH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9357. WARE v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–9365. ROMANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9370. COVINGTON v. MOODY, SUPERINTENDENT, WILDWOOD CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 93–9390. ANDERSON v. SUNY HEALTH SCIENCE CENTER AT SYRACUSE ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–541. NCR CORP. v. NEW MEXICO TAXATION AND REVENUE DEPARTMENT. Ct. App. N. M. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–1416. NCR CORP. v. SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION. Sup. Ct. S. C. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–1354. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. JACOBY. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 93–1572. UNITED STATES v. VILLEGAS. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 93–1713. WAYFIELD v. TOWN OF TISBURY ET AL. C. A. 1st Cir. Motion of Polish Historical Society for leave to file a brief as amicus curiae granted. Certiorari denied.